UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SONIX CARRIERS, Inc.,

                            Plaintiff,

v.                                              **ORDER**

PEGASUS TRUCKING, LLC, et al.,            No. 22-CV-09439 (PMH)

                          Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      A Clerk's Certificate of Default was issued as to Defendant Pegasus Trucking, LLC on December 12, 2022. (Doc. 12). As there has been no activity on this docket since the issuance of the Clerk's Certificate of Default, Plaintiff is directed to submit a letter to the Court via ECF concerning the status of this action by March 15, 2022. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

                                                        SO-ORDERED:

Dated:  White Plains, New York
          March 1, 2023

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge