UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONIX CARRIERS INC., <br><br> Plaintiff, <br><br> - against- <br><br> PEGASUS TRUCKING, LLC, d/b/a FALLAS STORES, AND d/b/a FALLAS STORES AND INVENTORY CONTROL & DC OPERATIONS, AND MICHAEL FALLAS, <br><br> Defendants. | Case No.: 7:22-cv-9439 <br><br> DEFAULT JUDGMENT AGAINST DEFENDANT PEGASUS TRUCKING, LLC, d/b/a FALLAS STORES, AND d/b/a FALLAS STORES AND INVENTORY CONTROL & DC OPERATIONS |

Upon reading and filing Plaintiff's motion by Order to Show Cause and supporting papers for default judgment as against defaulting defendant PEGASUS TRUCKING, LLC, d/b/a FALLAS STORES, AND d/b/a FALLAS STORES AND INVENTORY CONTROL & DC OPERATIONS for failure to serve and file an answer or otherwise defend,

Now, on motion of Yair M. Bruck, attorney for plaintiff, it is

ORDERED, that the motion for default judgment against defaulting defendant PEGASUS TRUCKING, LLC, d/b/a FALLAS STORES, AND d/b/a FALLAS STORES AND INVENTORY CONTROL & DC OPERATIONS hereby is granted, and judgment is entered against the defendant and in favor of the Plaintiff in the dollar amount of $752,850.00 plus post-judgment interest on this amount in accordance with 28 USC § 1961 until the judgment is paid in full.

DATED: White Plains, New York
ISSUED:  __July 5, 2023_____

_____
Philip M. Halpern
United States District Judge